### 26486. LEE *v.* THE STATE.

MacINTYRE, J. This case is controlled by the decision in the companion case of *Lee* v. *State,* ante, 164.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 6, 1938.

### 26502. GORDON *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of an assault with intent to murder. The evidence amply authorized the verdict; and no special assignment of error shows cause for another hearing of the case. The refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 6, 1938.

*Orrin Roberts, J. M. Roberts,* for plaintiff in error.